# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | PO-24-5033-GF-JTJ |
| Plaintiff, | VIOLATIONS: |
| vs. | E2029281 |
| | E2029282 |
| | E2029283 |
| **CARL C. FUNK,** | Location Code: M13 |
| Defendant. | **ORDER** |

Based upon the United States' motion to accept the defendant's payment of a $500 fine and $30 processing fee for violation number E2029283 (for a total of $530.00), and for good cause shown, **IT IS ORDERED** that the $530 fine paid by the defendant is accepted as a full adjudication of violation numbers E2029283.

**IT IS FURTHER ORDERED** that violations E2029281 and E2029282 are **DISMISSED. IT IS FURTHER ORDERED** that the bench trial scheduled for October 24, 2024, is **VACATED.**

DATED this 24th day of October, 2024.

_____
John Johnston
United States Magistrate Judge